**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BRISENO, | Case No.    CV-17-2457-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL** |
| | **BY LACK OF PROSECUTION AND FOR** |
| B FOUR CORPORATION, et al., | **FAILURE TO COMPLY WITH COURT** |
| | **ORDER** |
| Defendant(s). | |

Plaintiff was ordered to file a Status Report on or before March 5, 2018.  Plaintiff failed to comply with the Court's Order.  Plaintiff was then ordered to show cause in writing by not later than **March 8, 2018** why this action should not be dismissed for lack of prosecution and for failure to comply with this Court's Order;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution and for failure to comply with Court Order.

Dated: March 16, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE